**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| M.Y., ET AL., <br>     PLAINTIFFS | ) <br> ) <br> ) | |
| v. | ) <br> ) | CIVIL NO. 09-108-P-H |
| DANLY, INC., ET AL., <br>     DEFENDANTS | ) <br> ) | |
| COLONY INSURANCE COMPANY, <br>     PLAINTIFF | ) <br> ) <br> ) | |
| v. | ) <br> ) | |
| DANLY, INC., ET AL., <br>     DEFENDANTS <br> and <br> BABAK YAZDANI, ET AL., <br>     PARTIES-IN-INTEREST | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL NO. 10-308-P-H |

**ORDER APPROVING SETTLEMENT OF MINORS' CLAIMS**

On February 21, 2011, the parties filed an Unopposed Motion for Approval of Settlement on Behalf of Minor Plaintiffs and Request to Dispense with Hearing. In accordance with 14 M.R.S.A. § 1605 and Local Rule 41.2, I have carefully reviewed the Unopposed Motion; the settlement agreement; the terms of the annuities that the settlement will fund for the minors; the contingent fee agreement; declarations documenting the litigation expenses; and the attorneys' records describing the litigation-related tasks performed, their standard hourly rate, and the dates and hours worked. I am familiar with

the underlying facts of the case, as well as the amount and the quality of work of counsel.  Following the principles set forth in Holbrook v. Andersen Corp., 756 F. Supp. 34 (D. Me. 1991), approved by the Maine Law Court in Corey v. Corey, 803 A.2d 1014 (Me. 2002), I have determined that the settlement is "fair, reasonable and in the best interests of the minor[s]."  Holbrook, 756 F. Supp. at 38.  I also approve as reasonable the requested attorney fees.

Accordingly, it is hereby **ORDERED** that the Unopposed Motion for Approval of Settlement on Behalf of Minor Plaintiffs and Request to Dispense with Hearing is **GRANTED**.

**SO ORDERED.**

**DATED THIS 1ST DAY OF MARCH, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**